\================================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

___NORTHERN___   DISTRICT OF   ___NEW YORK___

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:05-CV1-2026 (LEK/RFT)**

---

**MELISSA FRANTZEN, COLLEEN FRANTZEN ZAMIELLIO,**
and on behalf of **JULIAN FRANTZEN,**

        **Plaintiffs,**

    v.

**ZACKARY SLATER; KENNETH CRENNA,** Public Defender, both in his personal capacity and in his official capacity as Public Defender of Melissa Frantzen, mother of Julian Frantzen, the Infant Minor; **DENNIS VETRANO,** Court Appointed Legal Guardian of Julian Frantzen, both in his personal capacity and in his official capacity as court appointed legal guardian of the Infant Minor; **MS. MELINDA VICK,** both in her personal capacity and as CPS worker for Columbia County Dept. of Social Services; **THE COLUMBIA COUNTY DEPT. OF SOCIAL SERVICES; BRIANNA CONTE** in her personal capacity and in her capacity as a counselor for Twin County Recovery Systems, Inc.; **TWIN COUNTY RECOVERY SYSTEMS, INC.; JUDGE JONATHAN D. NICHOLS,** both in His personal capacity and as the Judge presiding in Family Court in Columbia County,

        **Defendants.**

---

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_XX\_\_\_\_   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiffs, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 16, 2005.

DATE:   August 17, 2005

          **_LAWRENCE K. BAERMAN_**
          CLERK OF THE COURT

          *Scott A. Snyder*
          **Courtroom Deputy to the**
          **Honorable Lawrence E. Kahn**